**Motion Granted and Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 5, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00051-CR

---

### IN RE BRANDON BLAKE HOWARD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1641251**

---

## MEMORANDUM OPINION

On January 27, 2022, relator Brandon Blake Howard filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ramona Jackson, presiding judge of the 338th District Court of Harris County, to conduct a hearing on relator's request for replacement of court-appointed counsel and rule on relator's request for new counsel. The petition and record appear to satisfy the

procedural requirements for a proper original-proceeding petition and record. *See* Tex. R. App. P. 52.3(j) (certification of petition), 52.3(k) (necessary contents of appendix), 52.7 (required record contents). No motion for temporary relief to stay the underlying proceeding was filed. *See* Tex. R. App. P. 52.10.

The State filed a motion to dismiss with properly certified documents that demonstrate relator's petition is moot. Relator pleaded guilty to aggravated assault with an agreed recommendation that (1) the charged felony offense be reduced to misdemeanor deadly conduct, (2) the two enhancement paragraphs be abandoned, and (3) the punishment be 365 days in jail. Consistent with the terms of this plea bargain, the trial court on March 22, 2022 accepted relator's guilty plea and sentenced relator to 365 days in jail.

Relator's requested mandamus relief is now moot, and we grant the State's motion to dismiss. The petition for writ of mandamus is dismissed for want of jurisdiction.


PER CURIAM

Panel consists of Justices Wise, Hassan, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).